# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 21-5238                  September Term, 2022

FILED ON: FEBRUARY 17, 2023

JAHINNSLERTH OROZCO,
        APPELLANT

v.

MERRICK B. GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, IN HIS OFFICIAL CAPACITY,
        APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cv-03336)

Before: MILLETT, WALKER, and CHILDS, *Circuit Judges*

### **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the decision of the District Court appealed from in this cause be reversed and the case be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                    BY:     /s/

                                            Daniel J. Reidy
                                            Deputy Clerk

Date: February 17, 2023

Opinion for the court filed by Circuit Judge Millett.