# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-5238**  **September Term, 2022**

**1:19-cv-03336-EGS**

**Filed On: April 12, 2023** [1994471]

Jahinnslerth Orozco,

    Appellant

  v.

Merrick B. Garland, Attorney General of the
United States, in his official capacity,

    Appellee

## M A N D A T E

In accordance with the judgment of February 17, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                    BY:    /s/
                                  Daniel J. Reidy
                                  Deputy Clerk

Link to the judgment filed February 17, 2023